| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ralph O. Esposito<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0026<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23-20725-CMB | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Ralph O. Esposito

<u>8/2/23</u>                                                              **By the court:**  <u>Carlota M Bohm</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20725-CMB
Ralph O. Esposito     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Aug 02, 2023     Form ID: 318     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph O. Esposito, 704 North Ave., Beaver, PA 15009-1462 |
| 15587612 | + | Capital One Bank, c/o Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15587613 | + | Chase Bank USA, c/o Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 15587616 | + | First Bank Trust, 667 West Main Street, Abingdon, VA 24210-2509 |
| 15587617 | + | Indebted USA, Inc., PO Box 3251, Evansville, IN 47731-3251 |
| 15587618 | + | Law Offices of Hayt Hayt & Landau, 2 Industrial Way W, PO Box 500, Eatontown, NJ 07724-0500 |
| 15587619 | + | Magisterial District Judge 36-2-02, Honorable Robert P. Dappenbrook, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15587620 | + | Mariner Finance, 741 Dinah Shore Blvd, Winchester, TN 37398-1424 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 03 2023 09:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2023 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 03 2023 09:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2023 05:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 03 2023 05:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15587606 | + | EDI: BANKAMER.COM | Aug 03 2023 09:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15587605 | + | EDI: BANKAMER.COM | Aug 03 2023 09:03:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15587607 | + | EDI: LCIBAYLN | Aug 03 2023 09:03:00 | Bayview Loan Servicing, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 15587610 | + | EDI: CAPITALONE.COM | Aug 03 2023 09:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15587608 | + | EDI: CAPITALONE.COM | Aug 03 2023 09:03:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15587615 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2023 05:21:39 | Credit One Bank N.A., PO Box 60500, City of Industry, CA 91716-0500 |
| 15587625 | | Email/Text: ml-ebn@missionlane.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2023 05:18:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15587624 | | Email/Text: ml-ebn@missionlane.com | Aug 03 2023 05:18:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15587621 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 03 2023 05:19:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15587622 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 03 2023 05:19:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 15587623 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2023 05:19:00 | Midland Credit Management, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 15587627 | + | EDI: AGFINANCE.COM | Aug 03 2023 09:03:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15587626 | + | EDI: AGFINANCE.COM | Aug 03 2023 09:03:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15587628 | + | Email/Text: ngisupport@radiusgs.com | Aug 03 2023 05:19:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 15587632 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2023 05:21:39 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15587630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2023 05:21:36 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15587635 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 03 2023 05:19:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 15587634 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 03 2023 05:19:00 | Specialized Loan Servicing LLC, Po Box 630147, Littleton, CO 80163-0147 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 15587611 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15587609 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15587614 | *+ | Chase Bank USA, c/o Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 15587629 | *+ | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 15587633 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15587631 | *+ | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor Ralph O. Esposito julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@s |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5