**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ralph O. Esposito**
  Debtor(s)

Bankruptcy Case No.: 23−20725−CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Eric E. Bononi is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 23, 2023

    Carlota M Bohm
    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 23-20725-CMB
Ralph O. Esposito  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: admin  Page 1 of 2
Date Rcvd: Aug 23, 2023  Form ID: 129  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

**Recip ID    Recipient Name and Address**
db    + Ralph O. Esposito, 704 North Ave., Beaver, PA 15009-1462

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Eric E. Bononi
    bankruptcy@bononilaw.com  pa69@ecfcbis.com

Kenneth Steidl
    on behalf of Debtor Ralph O. Esposito julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: admin     Page 2 of 2
Date Rcvd: Aug 23, 2023     Form ID: 129     Total Noticed: 1
TOTAL: 5